# Order

Michigan Supreme Court
Lansing, Michigan

June 5, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158828

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                         SC: 158828
                                         COA: 344921

RONNIE LAMONT SPEARS,
        Defendant-Appellant.
                                         Wayne CC: 16-002012-FC

_____/

     On order of the Court, the application for leave to appeal the October 15, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2019



s0529

                                     Clerk